USDC SCAN INDEX SHEET











USA

ESQUINO-NUNEZ

JRL    7/24/97    15:00
3:94-CR-00933
*46*
*CRDECL.*

Joseph Milchen
Frank & Milchen
Attorneys at Law
136 Redwood Street
San Diego, CA 92103
(619) 574-1888
California State Bar No. 38098

Attorneys for Defendant
Christian Esquino-Nunez

FILED

JUL 2 2 1997

CLERK, U.S DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA
(Honorable Rudi M. Brewster)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 94-0933-B |
| ) | |
| Plaintiff, ) | Declaration of Counsel in Support |
| ) | of To Terminate Probation Early |
| v. ) | |
| ) | |
| CHRISTIAN ESQUINO-NUNEZ, ) | |
| ) | |
| Defendant. ) | |

Joseph Milchen, counsel for defendant Christian Esquino-Nunez, declares as follows:

I am an attorney duly admitted to practice before the bar of the United States District Court for the Southern District of California. I am the attorney of record for defendant in the above matter.

/

## Jurisdictional History of the Case

On May 10, 1994, an indictment was returned in this matter in the Southern District of Texas, McAllen Division.

On July 25, 1994 a Consent to Transfer of Case for Plea and Sentencing Under Rule 20 was executed by defendant, his attorney, and approved by Assistant United States Attorneys Charles L. Dause from the Southern District of Texas, McAllen Division, and William D. Baldwin from the Southern District of California.  This pleading was filed in McAllen on July 26, 1994.

On July 29, 1994 the matter was originally scheduled for the entry of the plea of guilty in this court.

The matter was continued from time to time until January 17, 1995, at which time a plea of guilty was entered in the case.

Sentencing this matter was continued from time to time until June 10, 1996, at which time sentence was imposed.

On June 10, 1996, defendant was placed on probation for a period of three (3) years.  Probation included the standard conditions, and also included a condition requiring him to notify his Probation Officer "if leaving the jurisdiction."

From the time that the indictment was returned over three (3) years and two (2) months ago, defendant has been on either Pre-Trial

Supervision or on probation.

### Reasons for Request for Early Termination of Probation

1. In reality, due to the many continuances in the case, defendant was being supervised in one form (Pre-Trial Supervision) or another (Probation) for over three (3) years and two (2) as of the date of this pleading.

Thus, although he has only been on formal probation for just over one year, he was under supervision for over three (3) years.

2. Defendant earns his living as a dealer in airplanes. He buys and sells aircraft. In connection with his employment, he frequently travel out of the jurisdiction of the District. Although it is not burdensome to notify his Probation Officer of each travel plans, it would be far easier to be off of probation supervision and this requirement.

3. Defendant's wife Bertha lived most of her life in Mexico City. She has become increasingly homesick, and wants to move there for a period of time (from six months to a year) to be closer to her parents and defendant's child's grandparents. This planned move would require defendant to report each time that he entered the United States in connection with his business. Again, although not a burdensome requirement, it would be bothersome.

/

## Position of Probation Department on this Motion

On July 17, 1997 I spoke with United States Probation Officer Deanna Vargas, who is currently assigned to the supervision of defendant. She advised me that I could represent to the court in connection with this motion as follows:  (1)  It is not the policy of the United States Probation Office to recommend early termination of probation; (2)  defendant has presented no problems on probation, and is very compliant with all terms and conditions of probation; and (3) although the Probation Office cannot recommend early termination of probation, she does not oppose an early termination of probation.

## Request for Relief

Based upon the information contained in this Declaration, defendant Christian Esquino-Nunez respectfully requests that an order be entered termination his probation early.

Dated:  July 17, 1997

Respectfully submitted,

Joseph Milchen
Attorney for Defendant
Christian Esquino-Nunez